#064623
ORIGINAL
ECF

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 2 8 2006
U.S. COURT OF FEDERAL CLAIMS

RANDY A. FLEURY

Plaintiff,

v.

UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE AND THE POSTAL INSPECTION SERVICE

Defendants.

Case No. 06-156 C

## COMPLAINT

### I. INTRODUCTION

1. This civil action is brought on behalf of plaintiff Randy A. Fleury who is employed by the defendants United States America, United States Postal Service and the Postal Inspection Service ("defendants") as a Technical Surveillance Specialist. Plaintiff seeks to recover from defendants back pay, liquidated damages, interest, attorney's fees and costs pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., (hereinafter "FLSA").

### II. JURISDICTION

2. This Court has jurisdiction over plaintiff's claims under 28 U.S.C. § 1491 and 29 U.S.C. § 216(b).

### III. THE PARTIES

3. The individual plaintiff identified in the caption of plaintiff's Complaint, and other persons similarly situated, are all present or former employees of the defendants within the meaning of § 3(e) of FLSA, 29 U.S.C. § 203(e)(2)(B).

4. Attached to plaintiff's Complaint is plaintiff's signed individual consent to be included as party to this action.

5. The individual plaintiff and others similarly situated are or have been employed by defendants during pay periods from 2004 to date.

## IV. GENERAL ALLEGATIONS

6. Defendants and their officers and agents are responsible under the United States Constitution and Federal law and regulations for the establishment and administration of personnel, employment and compensation policies and practices and for applying to the plaintiff and others similarly situated the provisions of the FLSA and other applicable pay and compensation statutes and regulations.

7. As is more fully set forth below, the defendants and their officers and agents wilfully have violated, and continue wilfully to violate, the provisions of the FLSA by failing and refusing to provide the plaintiff and other employees similarly situated with pay and benefits due them under the FLSA.

8. Since at least 2004, while plaintiff has been employed by defendants, they have treated plaintiff as being "FLSA exempt" and have not accorded plaintiff the rights to which FLSA non-exempt employees are entitled.

9. Since at least 2004, while plaintiff was employed by defendants he was FLSA non-exempt since he was not an exempt employee within the meaning of 29 U.S.C. § 213(a)(1) and 29 C.F.R. §§ 541.1, 541.2 and 541.3.

10. Since at least 2004, plaintiff was not employed by defendants in an FLSA exempt capacity within the meaning of 29 U.S.C. § 213(a)(1).

**V. COUNT ONE**

11. Plaintiff incorporates by reference herein the allegations contained in paragraphs 1 through 10 above.

12. Defendants and their officers and agents have at least from 2004 and continuing to date wrongfully and wilfully denied plaintiff and others similarly situated coverage and protection under FLSA and have wrongfully and wilfully withheld overtime compensation due plaintiff and others similarly situated by failing and refusing to pay them in accordance with FLSA. Such uncompensated overtime hours include but are not limited to hours during which defendants and their officers and agents directed and/or suffered or permitted plaintiff to engage in work on defendants' behalf without paying them any compensation whatsoever, including travel, training, driving to and from work in a government vehicle, and other work performed by plaintiff on defendants' behalf.

**VI. COUNT TWO**

13. As a result of the wrongful and willful violations of FLSA by defendants and their officers and agencies as alleged in the claims specified above, there is due and owing to the individual plaintiff and others similarly situated various amounts of back pay, liquidated damages, interest, attorney's fees and costs.

14. Employment, time, work, pay, leave and other records for plaintiff and others similarly situated are in the possession, control, and custody of defendants and their officers and agents, and plaintiff is unable to state at this time the exact amounts of pay, benefits,

liquidated damages and interest which are due and owing to each of them with respect to their individual claims. Defendants and their officers and agents are under a duty imposed by § 11(c) of FLSA, 29 U.S.C. § 211(c), and other statutes and regulations to maintain and preserve payroll and other employment records with respect to plaintiff and others similarly situated from which the amounts of defendants' liability may be determined.

**WHEREFORE**, the plaintiff, on his own behalf, and on behalf of others similarly situated, pray that this Court:

a) Order defendants, subject to rules and regulations to be estabilished by this Court which conform with FLSA, to conduct a full, complete and accurate accounting of all back overtime pay, interest and liquidated damages due and owing to plaintiff and others similarly situated as is sought herein from 2004 to a date which is not more than 30 days before the date on which the judgment herein is paid; and

b) Award plaintiff and other similarly situated persons such back pay, liquidated damages and interest from the date of the denial of such pay and other compensation until a date not more than 30 days before the date on which the judgment herein is paid, and costs, as are due and owing to them by defendants under applicable laws and regulations; and

c) Award plaintiff's counsel reasonable attorney's fees to be paid by the defendant under FLSA; and

d) Grant to plaintiff such other relief as may be just and proper.

Respectfully submitted,

Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiff

Dated: February 28, 2006

[illegible]

1. [illegible]

2. [illegible]

3. [illegible]

4. [illegible]

PLEASE TYPE OR PRINT CLEARLY

AGREED: Date: 2/2/06

Name: Randy A Fleury

Signature: Randy A Fleury

Home Address: 24721 E Berry PL

Aurora Colo 80016

City State Zip Code

Home Tel. No. 303 690-5605

Work Tel. No. 303 853-2587

Home E-mail address: rjfleury1@comcast.net

Soc. Sec. No. 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

[illegible]

[illegible]

EA-5 Technical 0856
21 10 Survillance Specialist

AGREED: [signature]

[illegible]

Date: 2/28/06

Work E-mail Address: