**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RANDY A. FLEURY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-156C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits the following status report upon behalf of the parties. For the reasons set forth below, the parties agree that the stay in this case should be extended for an additional 30 days, through and including June 22, 2006.

The parties are engaged in settlement discussions regarding the above captioned action, which involves claims for alleged unpaid overtime and related relief. Thus far, counsel for the parties have exchanged initial settlement proposals. Counsel for the parties wish to continue to explore their settlement options. They are in agreement that extending the current stay will best enable them to focus their efforts and resources upon settlement.[1]

Accordingly, defendant respectfully requests, upon behalf of the parties, that the stay in this action be continued through and including June 22, 2006, and that the parties be permitted to

---

[1] Any settlement that may be reached by counsel for the parties' is subject to approval by the appropriate Government official(s) and by the plaintiffs.

file another status report, on or before that date, advising the Court of their positions regarding the nature and timing of further proceedings in this case.

Plaintiffs' counsel has read this status report and agrees with its contents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/ Steven J. Gillingham***

STEVEN J. GILLINGHAM
Assistant Director

***s/ Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Facsimile: (202) 305-3291
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

May 23, 2006

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 23rd day of May 2006, the "JOINT STATUS REPORT," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder