# In the United States Court of Federal Claims

| | |
|---|---|
| RANDY A. FLEURY ,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-156C<br><br>Filed May 24, 2006 |

ORDER

On May 23, 2006, pursuant to the Court's Order of April 5, 2006, defendant filed a Joint Status Report on behalf of the parties. The parties requested that the stay in this case, which was scheduled to expire on May 23, 2006, be extended for an additional 30 days, through and including June 22, 2006, to enable the parties to continue to explore the possibility of settlement.

The parties' request to extend the stay is GRANTED. The Court ORDERS that proceedings in this case continue to be STAYED until **Thursday, June 22, 2006**. The Court FURTHER ORDERS that on or before **Thursday, June 22, 2006**, the parties shall submit an additional joint status report advising the Court of the status of their settlement efforts and setting forth each party's position with respect to the nature and timing of further proceedings in this case.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge