IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDY A. FLEURY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-156C |
| | ) | (Judge George W. Miller) |
| UNITED STATES OF AMERICA, et al. | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of May 24, 2006, the parties respectfully submit this report concerning the status of settlement negotiations.

1. Since the filing of the Joint Status report on May 23, 2006, the parties have discussed engaging in Alternative Dispute Resolution ("ADR"). Plaintiff has agreed to engage in ADR. Counsel of record for the Government has tentatively agreed to engage in ADR, subject to further Department of Justice approval.

2. The parties request that the stay in this action be continued up to and including July 14, 2006, in order to obtain the necessary approval by the Government for proceeding with ADR.

3. If such approval is obtained, by July 14, 2006, the parties will file a notice with the Court of their desire to pursue ADR, pursuant to Appendix H, Section 3 of the Rules of the United States Court of Federal Claims.

Accordingly, the parties respectfully request that the stay in this action be continued through and including July 14, 2006, in order for the Government to obtain the requisite approval for proceeding with ADR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

**s/ Steven J. Gillingham**

STEVEN J. GILLINGHAM
Assistant Director

**s / Jules Bernstein**

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
Tele: (202) 296-1798
e-mail: chouse@bernstein-lipsett.com

Attorney for Plaintiff

Dated: June 22, 2006

**s/ Richard P. Schroeder**

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 "L" Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-3291
e-mail: richard.schroeder@usdoj.gov

Attorneys for Defendant

Dated: June 22, 2006

**Filed Electronically**
**with the consent of Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 22nd day of June 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein