# In the United States Court of Federal Claims

| | |
|---|---|
| RANDY A. FLEURY, Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-156C<br>Filed July 18, 2006 |

ORDER

On July 14, 2005, the parties filed a Joint Motion for Referral to ADR and to Stay Proceedings. The parties advised the Court that they intended to pursue Alternative Dispute Resolution ("ADR") and requested that this matter be referred to the Clerk for appointment of a settlement judge to conduct mediation. The parties represented that this case is related to *Bland, et al., v. United States*, Fed. Cl. No. 04-557C, *Busigo, et al., v. United States*, Fed. Cl. No. 05-422C*, Case v. United States*, Fed. Cl. No. 05-687C, *Dupuis v. United States*, Fed. Cl. No. 06-82C, and *Nokell v. United States*, Fed. Cl. No. 06-335C, and requested that these cases be assigned to the same settlement judge so that they could be resolved during the same ADR proceedings. The parties also requested that the Court stay further proceedings in this case and the related cases pending the conclusion of ADR.

The parties' Joint Motion for Referral to ADR and to Stay Proceedings is GRANTED. The Clerk is directed to assign this matter to a United States Court of Federal Claims settlement judge to conduct ADR. The Court ORDERS that proceedings in this case be STAYED until 14 days after the conclusion of the ADR proceedings. The Court FURTHER ORDERS that the parties shall file by August 18, 2006, and every 30 days thereafter, a joint status report apprising the Court of the status of the ADR proceedings.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge