**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RANDY A. FLEURY, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 06-156C (Judge George W. Miller) |

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's order of July 18, 2006, we respectfully submit this joint status report, upon behalf of the parties, apprising the Court of the status of the ADR proceedings in the above-referenced matter.

ADR proceedings are underway. On August 1, 2006, the settlement judge in this matter, Judge Hewitt, conducted the initial ADR conference. Through mid-October, the parties will be preparing information for use in the ADR proceedings. Another conference has been scheduled for November 8, 2006. Counsel for the parties anticipate that additional proceedings will be scheduled at that time and that the ADR process will not be completed for at least several months from the date of this status report.

Plaintiffs' counsel has read this status report, agrees with its contents, and consents to it being filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/ Steven J. Gillingham***

STEVEN J. GILLINGHAM
Assistant Director

***s/ Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Facsimile: (202) 305-3291
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

August 18, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this day of August 18, 2006, **"JOINT STATUS REPORT,"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder