IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RANDY A. FLEURY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-156C<br>(Judge George W. Miller) |
| UNITED STATES OF AMERICA, et al. | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court, it is hereby stipulated and agreed by the parties, that the above-captioned action shall be, and hereby is, dismissed, with prejudice and without costs or fees to either party.

Respectfully submitted,

s / Jules Bernstein
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
Tele: (202) 296-1798
email: chouse@bernstein-lipsett.com

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

Attorneys for Plaintiff

Dated: October 5, 2007

s/ Richard P. Schroeder
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788
Fax: (202) 353-7988

Attorneys for Defendant

DATED: October 5, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 5th day of October 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein